UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| William Douglas Dawson, Jr., #248371, | ) C/A No. 4:13-2236-DCN-TER |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| Ass. Warden Denis Bush; Warden Larry Cartledge; Ass. Warden Florence Mauney, | ) |
| Defendants. | ) |

Presently before the court is Plaintiff's Motion to Compel filed March 5, 2014. (Doc. #52). Defendants filed a response in opposition to the motion. (Doc. #55).

In his Motion to Compel, Plaintiff asserts that he served Request for Production of Documents on January 17, 2014, but the Defendants have not provided him with the requested information. Defendants filed a response to the motion indicating that they mailed their responses to the Request for Production of Documents to Plaintiff on March 3, 2014. Defendants attached a copy of Plaintiff's Request for Production of Documents along with their responses. Therefore, it appears that Defendants' responses and Plaintiff's motion crossed in the mail. As it appears the Defendants have responded to Plaintiff's discovery request, Plaintiff's Motion to Compel (doc. #52) is moot.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

April 28, 2014
Florence, South Carolina