UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| William Douglas Dawson, Jr., #248371, | ) C/A No. 4:13-2236-DCN-TER |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| Ass. Warden Denis Bush; Warden Larry Cartledge; Ass. Warden Florence Mauney, | ) |
| Defendants. | ) |

This court entered an Order on April 28, 2014, finding Plaintiff's Motion to Compel (doc. # 52) moot. Plaintiff filed his Motion to Compel on March 5, 2014, asserting Defendants had not responded to his discovery requests. Defendants responded that they had mailed their responses to Plaintiff's discovery requests on March 3, 2014. Therefore, this court found the Motion to Compel moot as it appeared the documents had crossed in the mail.

Plaintiff filed a document on May 5, 2014, entitled "Objection to Magistrate Judge Order." (Doc. #73). From this document, it appears that Plaintiff believes Defendants' responses to his discovery are deficient. However, this court is unable to ascertain from the filings how Plaintiff contends the responses are deficient. This "Objection" is being treated as a Motion to Reconsider the court's Order of April 28, 2014. The Motion is granted and Plaintiff is given fifteen (15) days from the date of this Order to file a Motion to Compel pursuant to Rule 37 of the Federal Rules of Civil Procedure to address any deficiencies he contends are present in Defendants' responses to his discovery requests dated March 3, 2014.

On May 5, 2014, Plaintiff filed a document entitled "Motion to File An[sic] Supplemental Complaint" along with a proposed supplemental complaint. This Motion to Amend his second

amended complaint (doc. #72) is denied as it is filed outside of the court's scheduling order (doc. #37).

    IT IS SO ORDERED.

                                          s/Thomas E. Rogers, III
                                          Thomas E. Rogers, III
                                          United States Magistrate Judge

May 6, 2014
Florence, South Carolina